# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

| | |
|---|---|
| ELVIS WAYNE JONES | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| | ) |
| US CONGRESS 1989-1996 COMMITTEES, et al., | |
| *Defendant* | |

Civil Action No.   2:19-CV-0432-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   The Complaint is DISMISSED without prejudice.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge        Thomas O. Rice _____

Date:  January 3, 2020 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Linda L. Hansen
_____
*(By) Deputy Clerk*

Linda L. Hansen
_____